IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MOROZIN,<br>    Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>MARK L. JOHNSON,<br>    Defendant/ Counterclaim Plaintiff,<br><br>v.<br><br>THE BOARD OF SUPERVISORS OF<br>BUCKINGHAM TOWNSHIP,<br>    Counterclaim Defendant. | CIVIL ACTION<br><br>NO. 11-2653 |

**ORDER**

    **AND NOW**, this 17th day of November, 2011, upon careful consideration of the motion filed by counterclaim defendants John Morozin and the Board of Supervisors of Buckingham Township to dismiss the claims against them (document no. 14) and counterclaim plaintiff Mark L. Johnson's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.


                                                                                 /s/ William H. Yohn Jr., Judge
                                                                                William H. Yohn Jr., Judge